**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Elson Dave Scott,<br><br>　　　　Defendant. | CR13-08022-001-PCT-MEA<br><br>**ORDER** |

　　　　The defendant appeared in court and admitted to violating his conditions of supervised release as alleged in Paragraph C and D of the Petition to Revoke Supervised Release.

　　　　IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

　　　　IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINETY (90) DAYS**.

　　　　IT IS FURTHER ORDERED that Paragraph A and B of the petition are DISMISSED.

　　　　DATED this 26th day of August, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge